**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Wayne Prater
In Proper Person
P. O. Box 1613
Kinder LA 70648

**REHEARING ACTION: December 23, 2008**

**Docket Number: 08   00578-CA**

**WAYNE AND HAZEL PRATER
VERSUS
TOWN OF ELTON**

**Appealed from Jefferson Davis Parish Case No. C-382-07**

<u>**BEFORE JUDGES**</u>**:**

      **Hon. Jimmie C. Peters
      Hon. Elizabeth A. Pickett
      Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Wayne Prater** has this day been

      **DENIED.**

cc: Roderick Gregory Bertrand, Counsel for the Appellee
    Hazel Prater, In Proper Person